932

(See also No. 399, *ante*, p. 122.)

No. 418. SIMPSON, WARDEN *v.* RICE. C. A. 5th Cir. Certiorari granted and case set for oral argument immediately following No. 413 [*ante*, p. 922]. *MacDonald Gallion*, Attorney General of Alabama, and *Paul T. Gish, Jr.*, Assistant Attorney General, for petitioner. *Oakley Melton, Jr.*, for respondent.

No. 436. RODRIGUE ET AL. *v.* AETNA CASUALTY & SURETY CO. ET AL. C. A. 5th Cir. Certiorari granted. *George Arceneaux, Jr.*, for petitioners Rodrigue et al. *W. Ford Reese* for respondents Mayronne et al.

No. 463. NATIONAL LABOR RELATIONS BOARD *v.* WYMAN-GORDON Co. C. A. 1st Cir. Certiorari granted. *Solicitor General Griswold, Arnold Ordman, Dominick L. Manoli*, and *Norton J. Come* for petitioner. *Quentin O. Young* for respondent.

No. 453. GREGG *v.* UNITED STATES. C. A. 6th Cir. Certiorari granted limited to the questions raised with respect to Rule 32 (c)(1) of the Federal Rules of Criminal Procedure. *Palmer K. Ward* for petitioner. *Solicitor General Griswold, Assistant Attorney General Vinson, Jerome M. Feit*, and *Sidney M. Glazer* for the United States.

(See also No. 533, Misc., *ante*, p. 128.)

No. 221. STIDHAM *v.* FLORIDA. Dist. Ct. App. Fla., 4th Dist. Certiorari denied. *Neal Rutledge* for petitioner. *Earl Faircloth*, Attorney General of Florida, and *Charles W. Musgrove*, Assistant Attorney General, for respondent.